**Shapiro Arato Bach** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/2024

June 27, 2024

VIA ECF
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Eva's Photography, Inc. v. Univision Communications Inc.*, 1:24-02934

Dear Judge Torres:

We represent Defendant Univision Communications Inc. and write to request a 30-day extension of time from July 1, 2024 to July 31, 2024 of the parties' deadline to file a proposed case-management plan ("CMP") and joint letter. This is Univision's first request for an extension of time to submit the proposed CMP and joint letter. Univision seeks this extension so that the initial conference can occur after Univision has filed a response to Plaintiff's Complaint, which is due on July 24, 2024. Likewise, Univision requests this extension in light of the parties' ongoing settlement discussions and because counsel for Univision will be traveling next week. Plaintiff's counsel consents to the extension.

Respectfully submitted,

/s/ Cynthia S. Arato
Cynthia S. Arato
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
212-257-4882
carato@shapiroarato.com

GRANTED.

SO ORDERED.

Dated: June 27, 2024
       New York, New York

ANALISA TORRES
United States District Judge